**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | CASE NO. 6:15-CV-228 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| NGC Network US, LLC, | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a), Rothschild Broadcast Distribution Systems, LLC ("RBDS") dismisses its claims against NGC Network US, LLC without prejudice, and each party bears its own attorneys' fees and costs.

DATED:  May 28, 2015                        Respectfully Submitted,

                                            By: */s/ Charles Ainsworth*

                                            Charles Ainsworth
                                            State Bar No.  00783521
                                            Robert Christopher Bunt
                                            State Bar No. 00787165
                                            PARKER, BUNT & AINSWORTH, P.C.
                                            100 E. Ferguson, Suite 1114
                                            Tyler, TX 75702
                                            903/531-3535
                                            903/533-9687
                                            E-mail: charley@pbatyler.com
                                            E-mail: rcbunt@pbatyler.com

                                            Attorneys for Plaintiff,
                                            Rothschild Broadcast Distribution Systems,
                                            LLC

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 28th day of May, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Charles Ainsworth*
CHARLES AINSWORTH