IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NGC Network US, LLC,<br><br>Defendant. | CASE NO. 6:15-CV-228<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Came for consideration before the Court is the Stipulation of Dismissal without Prejudice of Defendant NGC Network US, LLC, pursuant to Federal Rule of Civil Procedure 41(a), filed by Plaintiff Rothschild Broadcast Distribution Systems, LLC. Upon consideration of the same, the Court is of the opinion that the Dismissal of Defendant NGC Network US, LLC, without prejudice should be GRANTED.

It is further ORDERED that each party bears its own attorneys' fees and costs.

SIGNED this 4th day of June, 2015.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE